UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM THEODOREHARRY OLDS,

    Petitioner,

v.

TONY TRIERWEILER,

    Respondent.
_____/

Case No. 1:18-cv-830

HON. JANET T. NEFF

**ORDER**

    This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2254.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 7, 2020, recommending that this Court deny the petition and a certificate of appealability, and that the Court not certify that an appeal would not be taken in good faith.  The Report and Recommendation was duly served on the parties.  No objections have been filed, *see* 28 U.S.C. § 636(b)(1), and the Court issues this Order.  The Court will also issue a Judgment in this § 2254 proceeding.  *See Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013) (requiring a separate judgment in habeas proceedings).  Therefore,

    **IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 14) is APPROVED and ADOPTED as the Opinion of the Court and the petition for habeas corpus relief (ECF No. 1) is DENIED for the reasons stated in the Report and Recommendation.

    **IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.  *See* RULES GOVERNING § 2254 CASES, Rule 11

(requiring the district court to "issue or deny a certificate of appealability when it enters a final order"). Petitioner has not demonstrated that reasonable jurists would find the Court's rulings debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473 (2000); *Murphy v. Ohio*, 263 F.3d 466, 466-67 (6th Cir. 2001). The Court does not certify that an appeal would not be taken in good faith.


Dated: May 11, 2020            /s/ Janet T. Neff
                                                JANET T. NEFF
                                                United States District Judge